UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | NO. CR 06-347 RSL |
|                                              ) | |
| Plaintiff,                                   ) | ORDER GRANTING STIPULATED |
|                                              ) | MOTION TO CONTINUE TRIAL DATE |
| vs.                                          ) | |
|                                              ) | |
| ROBERT V. WRIGHT,                            ) | |
|                                              ) | |
| Defendant.                                   ) | |
|                                              ) | |

This matter comes before the Court on the parties' "Stipulated Motion By the Government and Defendant to Continue the Pretrial Motions Cutoff Date and Trial Date." (Dkt. #14). The Court, having considered the stipulated motion, the records and files herein, and defendant's waiver of the right to speedy trial hereby makes the following findings:

1. The pretrial motions cutoff is currently set for October 26, 2006 and the trial date is set for December 11, 2006.

2. The government has produced discovery, though defense counsel has not yet had an opportunity to review all of the evidence.

3. Defense counsel's current case load, including a trial scheduled in Idaho in early December 2006, hinders his ability to consider and file pre-trial motions and to fully prepare his client's case.

4. The Court finds that a failure to grant the continuance would deny counsel the

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE

1 reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

3     5.    The Court further finds that the ends of justice will be served by ordering a
4 continuance in this case and that the continuance is necessary to ensure effective trial preparation
5 and that these factors outweigh the best interests of the public in a more speedy trial, within the
6 meaning of 18 U.S.C. § 3161(h)(8)(A).

7     6.    Defendant has signed a waiver indicating that he has been advised of his right to
8 a speedy trial and that after consulting with counsel he has knowingly and voluntarily waived that
9 right in order to permit trial to be continued to start February 5, 2007.

10     For all the foregoing reasons, IT IS HEREBY ORDERED that the pretrial motions cutoff
11 date is continued to December 21, 2006.

12     IT IS FURTHER ORDERED that the trial date is continued from December 11, 2006 to
13 February 5, 2007.

14     IT IS FURTHER ORDERED that the period of time from the current trial date of
15 December 11, 2006, up to and including the new proposed trial date of February 5, 2007, shall
16 be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

18     DATED this 31st day of October, 2006

*[signature: Robert S. Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE

3